**Entered on Docket**
**March 22, 2010**

_Bruce A. Markell_

Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Trust 2006-WF3
09-76044

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-24501-BAM |
|---|---|
| Candace Hamrick | Date: 3/9/2010<br>Time: 1:30 pm |
| Debtor | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3

Secured Creditor U.S. Bank National Association, as Trustee for Structured Asset Securities

4

Corporation Trust 2006-WF3, its assignees and/or successors in interest, of the subject property,

5

6

generally described as 1037 Via Canale Drive, Henderson, NV 89015, and legally described as follows:

7

Lot Twenty Eight (28) in Block Two (2) of Final Map of TUSCANY PARCEL 6C (formerly
known as Palm City - Phase 2 Lot 6C) as shown by map thereof on file in Book 119 of Plats,
Page 12, in theOffice of the County Recorder of Clark County, Nevada.

8

9

Parcel 11:
A non-exclusive right and easement of use and access in and to the Common Elements and
Private Streets subject to and as set for in the Master Declaration of Covenants, Conditions and
Restrictions and Reservation of Easements for Tuscany Residential Community recorded July
28, 2005 in Book 20050728 as Document No. 04296, Official Records.

10

11

12

///

13

///

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

3  the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

4  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5

6  Submitted by:

7

8  **WILDE & ASSOCIATES**

9  By:_____
    **Gregory L. Wilde, Esq.**

10  Attorney for Secured Creditor

11  **APPROVED / DISAPPROVED**

12  By:_____
    Samuel A. Schwartz

13  Attorney for Debtor(s)

14  **APPROVED / DISAPPROVED**

15  By:_____

16  Rick A. Yarnall
    Chapter 13 Trustee

17

18

19

20

21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order            _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor